## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 346 EAL 2020
                         :
          Respondent             :
                         :   Petition for Allowance of Appeal
                         :   from the **Unpublished**
          v.                  :   **Memorandum and Order** of the
                         :   Superior Court at No. 3639 EDA
                         :   2018 entered on August 20, 2020,
WILFREDO SANTIAGO,            :   **affirming** the PCRA Order of the
                         :   Philadelphia County Court of
          Petitioner            :   Common Pleas at No. CP-51-CR-
                         :   0902211-1985 entered on
                           November 28, 2018

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 9th day of January, 2023, the Petition for Allowance of Appeal is **GRANTED**, limited to the issue of whether the Superior Court of Pennsylvania erred in holding that Petitioner Santiago waived his ineffective assistance of counsel claim against PCRA counsel. The judgment of the Superior Court is **VACATED**, and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 2021).

       Allocatur is **DENIED** as to all remaining issues.